IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 04-cr-00444-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JEREMY JAY BARGER,

    Defendant.

## ORDER TOLLING SPEEDY TRIAL

This matter is before the Court on the defendant's "Motion to Continue Status Hearing", in which counsel requests that the time for commencing trial pursuant to the Speedy Trial Act be tolled. Specifically, counsel requests that the time between the Court's October 27, 2006 Order and Memorandum of Decision and today's status hearing be excluded from the speedy trial calculation.

The government does not oppose the request.

Accordingly, the Court finds that the ends of justice served by granting the defendant's motion are not outweighed by any competing interest, and the motion is **GRANTED**.

The parties agree that the time remaining to commence trial pursuant to the Speedy Trial Act is thirty-five days.

Dated this 5th day of January, 2007.

**BY THE COURT:**

s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM
United States District Court Judge